IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>          v.<br><br>The Assets of Manufacturers of Bath Salts and Spice Products Generally Described as Consortium Distribution, L.L.C.;  Dynamic Distribution L.L.C.; Revolution Distribution, L.L.C.;  Greenlight Distribution, L.L.C.;  The Assets of Related and Subordinated Business Entities;  and the Assets of Named Individuals Owning or Associated with the Business Entities, as set out in Exhibit A Attached Hereto,<br><br>                          Defendants. | Case No. 2-12-CV-02616- PHX-SLG |

**Order Granting Motion to File First Amended Verified Complaint**
 ***In Rem* and Amended Exhibit A**

Upon motion by Plaintiff, United States of America, at Docket 17 and for good cause shown, the United States' Motion to File First Amended Verified Complaint *In Rem* and Amended Exhibit A is GRANTED.  However, the Court declines to permit the government to submit only the three amended pages, given the potential for confusion, but will instead require the entire document to be filed. Pursuant to Local Rule 15.1, the First Amended Complaint and Amended Exhibit A shall be filed and served within fourteen days of the date of this order.

The First Amended Complaint contains confidential information and shall not be made public.  Plaintiff shall promptly circulate among counsel for all potential interested parties involved with or potentially impacted by the filing of this action a draft of the redacted First Amended Complaint for review.  Any concerns about information still displayed in the First Amended Complaint shall be immediately addressed by direct

communication between counsel.  Once this review has been completed and objections or concerns addressed, Plaintiff shall file the Redacted First Amended Complaint with the Court, and in any event no later than forty-five (45) from the date of this Order.  This case is not sealed.  Only the original Complaint and First Amended Complaint and related documents are sealed, to protect confidential information as described herein.

    Done this 22nd day of January, 2013.

                                                           <u>/s/ Sharon L. Gleason</u>
                                                           United States District Judge