Billie Christine Holt, Pro Se

2560 N. Lindsay Rd, #12

Mesa, Arizona 85213

480-374-9800

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _____ LRCivP 5.4
                   (Rule Number/Section)

IN THE UNITED STATED DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,

             Plaintiff,

Vs.

The Assets of Manufacturers of Bath

Salts and Spice Products Generally

Described as Consortium Distribution,

L.L.C.; Dynamic Distribution L.L.C;

Revolution Distribution, L.L.C; Greenlight

Distribution, L.L.C; The Assets of Related

And Subordinated Business Entities; and

the Assets of Named Individuals Owning or

Associated with the Business Entities, as set

Out in Exihibit A Attached Hereto,

             Defendants

                  ☐ ☐FILED _____ LODGED
                  _____ RECEIVED ____ COPY

                      FEB 2 0 2013

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
        BY_____ DEPUTY

Case No. 2-12-CV-02616-PHX-SLG

2006 Landrover SPH, VIN SALSF25436A936172.

Billie Christine Holt is the primary owner of this vehicle and has been since purchased at  Luxor Auto Group on October 29, 2011.

Attached in these documents are proof of ownership as follows; Title, Court Emergency Injunction Summons, Case CV2012-092241, Original Purchase Agreement, Motor Vehicle Records of the car indicated.

B. C. Holt.

Billie Christine Holt

2560 N. Lindsay Rd, #12

Mesa, Arizona 85213



**Motor Vehicle Division**
ADOT
48-7200 R10/08 www.azdot.gov

Inventory Control
21399553

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| SALSF25436A936172 | 2006 | LNDR | SPH | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 11/2006 | 056085 | | |

BILLIE CHRISTINE HOLT
2560 N LINDSAY RD UNIT 12
MESA AZ 85213-1519

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) * |
|---|---|---|---|
| 127E012242020 | 08292012 | M242127E09 | 0071300 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 00G3012097003 | AZ | 04062012 | M09700G301 |

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

| Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands |
|---|---|---|---|---|---|---|
| | | | | | | |

Owners/Lessees
**BILLIE CHRISTINE HOLT**

Lienholders

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | | Date | County | State | Commission Expires |

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**

ORIGINAL

Name of Person Filing: _Billie Christine Holt._
Your Address: _2566 N. Lindsay Rd_ ~~MeSa, AZ 85213~~
Your City, State, Zip Code: _Mesa, AZ 85213_
Your Telephone Number: _480-380-3344 / 480-980-6501_
ATLAS Number (if applicable): _____
Attorney Bar Number (if applicable): _____
Representing: ☑ Self (Without an Attorney)   ☐ Petitioner   ☐ Respondent

For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

CV2012-092241

_Billie Christine Holt._
Name of Petitioner

Case No.: _____

and

**SUMMONS**

_Jeffrey Grant Whitehead._
Name of Respondent

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** _Jeffrey Grant Whitehead._
Name of Respondent

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR Office of the Clerk of Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

©Superior Court of Arizona in Maricopa County
June 27, 2007
ALL RIGHTS RESERVED
SUM

Page 1 of 2

DR11f
Use only most current version

Case No. _____

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 West Jackson, Phoenix, Arizona 85003 or at 222 East Javelina Drive, Mesa, Arizona 85210.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

APR - 6 2012

SIGNED AND SEALED this date

MICHAEL K. JEANES, CLERK OF COURT

By_____
Deputy Clerk

R. ROMERO
DEPUTY CLERK

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY
WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT
602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG
LRS IS SPONSORED BY THE MARICOPA COUNTY
BAR ASSOCIATION.

©Superior Court of Arizona in Maricopa County
June 27, 2007
ALL RIGHTS RESERVED
SUM

Page 2 of 2

DR11f
Use only most current version

**In the Superior Court of the State of Arizona
In and For the County of Maricopa**

Case Number _____

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney's Bar Number_____

CV2012-092241

Is Interpreter Needed? ☐ Yes   ☐ No
If yes, language type: _____
Attorney/Pro Per Signature _____
To the best of my knowledge, all information is true and correct.

¹APR - 6 2012

Plaintiff's Name(s): (List all)
Billie Christine Holt

Plaintiff's Address:
3560 N. Lindsay Rd.
Mesa, AZ 85213

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Jeffrey Grant Whitehead.

6723 E. Lincoln Dr.
Paradise Valley, AZ 85253

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☑ Provisional Remedy   ☐ OSC
☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

## NATURE OF ACTION
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation

☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O   ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (Breach of Contract)
☐ 135 Real Property Excess Proceeds
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

January 1, 2009

1

**150-199  OTHER CIVIL CASE TYPES:**

☐ 156 Eminent Domain/Condemnation
☐ 151 Forcible Detainer
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ Sexually Violent Persons (A.R.S. §36-3704)
     (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
     (See lower court appeal cover sheet in Maricopa)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**

☐ Administrative Review
     (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☒ 163 Other _Motor Vehicle Title._
                    (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)

_____

_____

Additional Defendant(s)

_____

_____

January 1, 2009

2

Name of Person Filing: Billie Christine Holt.
Your Address: 2566 N. Lindsay Rd
Your City, State, Zip Code: Mesa, AZ 85213
Your Telephone Number: 480-356-3344 / 480-980-6501
ATLAS Number (if applicable): _____
Attorney Bar Number (if applicable): _____
Representing: ☐ Self (Without an Attorney)  ☐ Petitioner  ☐ Respondent

For Clerk's Use Only

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CV2012-092241

Billie Christine Holt.
Name of Petitioner

Case No.: _____

**SUMMONS**

and

Jeffrey Grant Whitehead.
Name of Respondent

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

FROM THE STATE OF ARIZONA TO: Jeffrey Grant Whitehead.
Name of Respondent

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR Office of the Clerk of Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374. Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

©Superior Court of Arizona in Maricopa County
June 27, 2007
ALL RIGHTS RESERVED
SUM

Page 1 of 2

DR11f
Use only most current version

Case No. _____

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 West Jackson, Phoenix, Arizona 85003 or at 222 East Javelina Drive, Mesa, Arizona 85210.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

SIGNED AND SEALED this date

**COPY**

MICHAEL JEANES, CLERK OF COURT

APR – 6 2012

By_____
   Deputy Clerk

MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK

COURT SEAL

IF YOU WANT THE ADVISE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ONLINE AT WWW.LAWYERSFINDERS.ORG LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION.

Name of Person Filing: Billie Christine Holt
Address: 2500 N. Lindsay Rd.
City, State, Zip Code: mesa, AZ 85213
Day/Evening Telephone: 480-332-3344   1-480-980-0510
In this case I am a: ☒ Plaintiff/Petitioner ☐ Defendant/Respondent



**COPY**

APR – 6 2012

MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK
FOR CLERK'S USE ONLY

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Billie Christine Holt
Name of Plaintiff / Petitioner

Case Number: cv2012-092241

Jeffrey Grant Whitehead
Name of Defendant / Respondent

Title: _____

Plaintiff alleges:

I:   On October 29, 2011 Jeffrey Grant Whitehead. Purchased a 2006 Range Rover Sport as a gift To Billie Christine Holt. as a family vehicle to be driven as she have a new born baby born in August 2011. Billie Christine Holt. and Jeffrey Grant Whitehead both signed the vehicle purchase aggrement in the case that this was to be her only car to drive.

II:   April 3, 2012 Jeffrey whitehead. threatens. to take away the vehicle purchased for Billie Christine Holt.

III: April 6, 2012. Billie Christine Holt. recieved.
a phone call. from a Joel Dench. that. he
has purchased the vehicle from Jeffrey Whitehead.
on April 5, 2012. and needs to make arrangements
for pick up.

IV. Was. informed. by lawyer to. go and.
recieve. a duelipate title. from MVD. they
could not process my request due to
the title transfer. this morning. it would.
not be avaliable for 10 days. per. DMV.

V. Billie Christine Holt ~~have both beabie~~
and Jeffrey Whitehead. have both names
on title. This is my only form of transportation.
and. I need. this vehicle for both our
daughter and me to. get around. I am here
for an emergency injunction to keep.
this vehicle.

**COPY**

NAME: Billie Christine Holt

ADDRESS: 2566 N. Lindsay Rd.

CITY, STATE, ZIP: Mesa, AZ 85213



APR – 6 2012

MICHAEL K. JEANES, CLERK
R. ROMERO
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN, AND FOR THE COUNTY OF MARICOPA

Billie Christine Holt

_____
PLAINTIFF,

VS.

Jeffrey Grant Whitehead

_____
DEFENDANT.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. CV2012-092241

**CERTIFICATE OF
COMPULSORY
ARBITRATION**

The undersigned certifies that the largest award sought by the

complainant, including punitive damages, but excluding interest,

attorneys' fees, and costs **does** / **does not** exceed limits set by

Local Rule for compulsory arbitration.  This case **is** / **is not**

subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this 6 day of April, 20 12.

BY Billie Christine Holt

CCA

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

BEACH AUTO GROUP
8220 N. SCOTTSDALE RD.
SCOTTSDALE, AZ 85251
(480) 994-3331  Fax: (480) 994-3337

# VEHICLE PURCHASE ORDER

STOCK NO. _____ 936172

PURCHASER'S
NAME    BILLIE CHRISTINE HOLT AND    JEFFRY GRANT WHITEHEAD    DATE    OCTOBER 29, 2011

PLEASE ENTER MY ORDER FOR ONE _____  ☐ NEW  ☒ USED  ☐ DEMO  **AS FOLLOWS**

| MAKE | MODEL | COLOR | TYPE | YEAR |
|------|-------|-------|------|------|
| LAND ROVER | RANGE ROVER | WHITE | | 2006 |

| VEHICLE IDENTIFICATION NUMBER | MILEAGE | TO BE DELIVERED ON OR ABOUT | |
|---|---|---|---|
| SALSF25436A936172 | 61037 | 10/29/11 | |

| | |
|---|---|
| PRICE OF VEHICLE | 44491.56 |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| TOTAL | 44491.56 |
| TAX | 3981.99 |
| DEALER DOCUMENTARY FEE | 399.00 |
| SERVICE CONTRACT | 4200.00 |

| LICENSE | 400.70 | TRANSFER | N/A | TITLE | 18.75 | REGISTRATION FEE | 8.00 | 427.45 |
|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **(1) TOTAL CASH SALE PRICE** | 53500.00 |
| CASH DEPOSIT SUBMITTED WITH ORDER | N/A |
| ALLOWANCE FOR USED VEHICLE TRADE-IN | N/A |
| LESS BALANCE OWING TO - , , , | N/A |
| | N/A |

| DESCRIPTION OF TRADE | VIN | | | **(2) TOTAL DOWN PAYMENT** | N/A |
|---|---|---|---|---|---|

| YEAR | MAKE | MODEL | TYPE | **BALANCE DUE (1 less 2)** | 53500.00 |
|---|---|---|---|---|---|

| MILEAGE | PLATE NO. | EXP. DATE | |
|---|---|---|---|

(DOWN PAYMENT)

Purchaser intends to use the vehicle primarily for ☒ personal, family, or household purposes ("personal use") ☐ business, agricultural or other non-personal uses ("commercial use"). Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. This Order is not binding until accepted by Seller and, if a time sale, (1) appropriate financing disclosures are made and (2) a retail installment sale contract and purchase money security agreement ("Contract") is executed. Until a time sale Order becomes binding, Purchaser may cancel it and recover any deposit made. The Contract and this Order shall be subject to cancellation by Seller unless and until approval of the Contract is given by a bank or finance company willing to purchase the Contract from Seller.

*LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES*

For "new" vehicles: (1) If the vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a written warranty or service contract with Purchaser which applies to the vehicle. In that event, any implied warranties arising from the sale of the vehicle shall be limited to duration of Seller's written warranty or service contract; (2) if the vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purposes. The vehicle is sold to Purchaser AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts. (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.

(B) For "used" vehicles:

(1) Used Car Implied Warranty of Merchantability:
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.

(2) Waiver of Used Car Implied Warranty of Merchantability:
ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:
ATENCION COMPRADOR: FIRME AQUI SOLAMENTE SI EL VENDEDOR TE HA DICHO QUE EL VEHÍCULO TIENE EL SIGUIENTE PROBLEMA (S) Y QUE USTED ESTA DE ACIERTO DE COMPRA EL VEHÍCULO BAJO ESTOS TÉRMINOS:

Buyer/Comprador _____

Buyer/Comprador _____

| | N/A |
|---|---|
| **TOTAL** | 44491.56 |
| **TAX** | 3981.99 |
| **DEALER DOCUMENTARY FEE** | 399.00 |
| **SERVICE CONTRACT** | 4200.00 |
| LICENSE 400.70 TRANSFER N/A TITLE 18.75 REGISTRATION FEE 8.00 | 427.45 |
| **(1) TOTAL CASH SALE PRICE** | 53500.00 |

| | | |
|---|---|---|
| **DOWN PAYMENT** | CASH DEPOSIT SUBMITTED WITH ORDER | N/A |
| | ALLOWANCE FOR USED VEHICLE TRADE-IN | N/A |
| | LESS BALANCE OWING TO - , , , | N/A |
| | | N/A |
| **DESCRIPTION OF TRADE** VIN | **(2) TOTAL DOWN PAYMENT** | N/A. |
| YEAR MAKE MODEL TYPE | **BALANCE DUE (1 less 2)** | 53500.00 |
| MILEAGE PLATE NO. EXP. DATE | | |

Purchaser intends to use the vehicle primarily for ☒ personal, family, or household purposes ("personal use") ☐ business, agricultural or other non-personal uses ("commercial use").
Purchaser agrees that this Order includes all of the terms and conditions on both the face and reverse side hereof, that this Order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. This Order is not binding until accepted by Seller and, if a time sale, (1) appropriate financing disclosures are made and (2) a retail installment sale contract and purchase money security agreement ("Contract") is executed. Until a time sale Order becomes binding, Purchaser may cancel it and recover any deposit made. The Contract and this Order shall be subject to cancellation by Seller unless and until approval of the Contract is given by a bank or finance company willing to purchase the Contract from Seller.

**LIMITATIONS/EXCLUSIONS OF PRODUCT WARRANTIES**

*(a) For "new" vehicles: (1) If the vehicle is purchased for personal use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with Purchaser which applies to the vehicle. In that event, any implied warranties arising from the sale of the vehicle shall be limited to duration of Seller's written warranty or service contract; (2) If the vehicle is purchased for commercial use, Seller makes no implied warranty of merchantability or of fitness for any particular purpose. The vehicle is sold to Purchaser AS IS, except for any express warranties made by Seller, on its own behalf, or by the manufacturer of the Vehicle or of any component parts. (3) In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied.*

**(b) For "used" vehicles:**
(1) <u>Used Car Implied Warranty of Merchantability:</u>
THE SELLER HEREBY WARRANTS THAT THE VEHICLE WILL BE FIT FOR THE ORDINARY PURPOSES FOR WHICH THE VEHICLE IS USED FOR 15 DAYS OR 500 MILES AFTER DELIVERY, WHICHEVER IS EARLIER, EXCEPT WITH REGARD TO PARTICULAR DEFECTS DISCLOSED ON THE FIRST PAGE OF THIS AGREEMENT. YOU (THE PURCHASER) WILL HAVE TO PAY UP TO $25.00 FOR EACH OF THE FIRST TWO REPAIRS IF THE WARRANTY IS VIOLATED.
(2) <u>Waiver of Used Car Implied Warranty of Merchantability:</u>
ATTENTION PURCHASER: SIGN HERE <u>ONLY</u> IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:
ATENCION COMPRADOR: FIRME AQUI <u>SOLAMENTE</u> SI EL VENDÉDOR TE HA DICHO QUE EL VEHÍCULO TIENE EL SIGUIENTE PROBLEMA (S) Y QUE USTED ESTA DE ACIERTO DE COMPRA EL VEHÍCULO BAJO ESTOS TÉRMINOS:

1. _____  Buyer/Comprador _____
2. _____  Buyer/Comprador _____
3. _____

*(3) The vehicle is sold "AS IS - - NOT EXPRESSLY WARRANTED OR GUARANTEED" unless Seller gives Purchaser a separate written instrument showing the terms of any warranty or service contract given by Seller on its own behalf. If the vehicle is purchased for personal use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier, as set forth above, unless Seller also gives Purchaser a written warranty, on its own behalf, with respect to the Vehicle, or, at the time of the sale or within 90 days thereafter, Seller enters into a service contract with Purchaser which applies to the vehicle. In that event, any implied warranties arising from the sale of the vehicle shall be limited to the duration of Seller's written warranty or service contract. If the vehicle is purchased for commercial use, Seller makes no implied warranty of fitness for any particular purpose, and the implied warranty of merchantability is limited to 15 days or 500 miles after delivery, whichever is earlier. In all cases, Seller shall not be liable for any consequential damages arising from any breach of any warranty, express or implied, except for a breach of the implied warranty of merchantability.*

Purchaser, by execution of this Order, represents that Purchaser is of legal age or older and acknowledges that Purchaser has read its terms and conditions and has received a true copy of this Order.

**NOTICE: WHERE THE DEALER ARRANGES FINANCING, THE DEALER MAY RECEIVE A PORTION OF THE "FINANCE CHARGE" FROM THE LENDER.**

DERRICK IRIONS
SALESPERSON

Approved _____
THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY SELLER.

By _____

Signed: _____ PURCHASER
Signed: _____ PURCHASER
Address: 8701 E. SAN LORENZO DR.

SC07380AL50-83485258

Phone (Res): _____ (Bus.) _____

# ARIZONA CERTIFICATE OF TITLE



**Motor Vehicle Division**
ADOT
48-7200 R10/08  www.azdot.gov

Inventory Control
19265667

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| SALSF25436A936172 | 2006 | LNDR | SPH | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 11/2006 | 056085 | | |

BILLIE CHRISTINE HOLT
7640 E ALBANY ST
MESA AZ  85207-7502

| Title Number | Issue Date | Film Number | Odometer Miles (no tenths) |
|---|---|---|---|
| 00H3011327124 | 11232011 | L32700H342 | 0061037 A |
| Previous Title Number  State | Issue Date | Previous Film Number | A - Actual Mileage |
| 0S02011315002 AZ | 11112011 | L3150S0202 | B - Mileage in excess of the odometer mechanical limits |
| | | | C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |

Arizona Brands

| Previous Brand | State  Previous Brand | State  Previous Brand | State  Other States With Brands |
|---|---|---|---|

Owners/Lessees
BILLIE CHRISTINE HOLT

JEFFRY GRANT WHITEHEAD

OR

Lienholders

**LIEN RELEASE**

| Lienholder Name | | Acknowledged before me this date. | Notary Public Signature | | |
|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

**Motor Vehicle Division**

ADOT   96-0236 R10/08   www.azdot.gov

400.70
18.75
8.00

xx

# TITLE AND REGISTRATION APPLICATION

☒ Title and Registration  ☐ Title Only  ☐ Duplicate  ☐ Registration Only  ☐ Dismantle  ☐ Salvage  ☐ Stolen

| Plate Number | Plate Credit No. | Credit Eff. Date | First Registered | Reg. Eff. Date | Reg. Expiration Date | Unit Number | Mobile Home W/L |
|---|---|---|---|---|---|---|---|
| ISSUE | | 10/29/11 | | | | | |

| Vehicle Identification Number | Make | Body Style | Year | Model | List Price |
|---|---|---|---|---|---|
| SALSF25436A936172 | LAND ROVER | | 2006 | RANGE ROVER | $ |

| GVW | Fuel | Odometer Reading (no tenths) | Odometer Codes* | Vehicle Construction | Trailer Plate Size |
|---|---|---|---|---|---|
| | | 61037 | ☒A ☐B ☐C | ☐ Specially Constructed ☐ Reconstructed | ☐ Full Size ☐ Small |
| | | | | ☐ Additional lien or lienholders (attach another application) | |

| Lien Amount | Lien Date |
|---|---|
| $ | |

| Lienholder Driver License or EIN* | Lienholder Name (if no lien, write NONE) | Legal Status |
|---|---|---|
| | NONE | ☐ Or ☐ And ☐ And/Or |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Lienholder Driver License or EIN* | Additional Lienholder | Legal Status |
|---|---|---|
| | | ☐ Or ☐ And ☐ And/Or |

| Mailing Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) | Legal Status* (if "Or", sign here) ▶ |
|---|---|---|
| B14423542 | BILLIE CHRISTINE HOLT | ☒ Or ☐ And ☐ And/Or   BCHoH |
| Date of Birth 07/19/81 | MVD Tax Account Number (if applicable) | |

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| 8701 E. SAN LORENZO DR. | SCOTTSDALE | AZ | 85258 | |
| Mailing Address (if different from above) | City | State | Zip | County |
| | | | | |

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) | Legal Status* (if "Or", sign here) ▶ |
|---|---|---|
| D07080744 | JEFFREY GRANT WHITEHEAD | ☒ Or ☐ And ☐ And/Or   Jeff Whit |
| Date of Birth 10/10/65 | MVD Tax Account Number (if applicable) | |

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| 8701 E. SAN LORENZO DR. | SCOTTSDALE | AZ | 85258 | |
| Mailing Address (if different from above) | City | State | Zip | County |
| | | | | |

| Owner Driver License or EIN* | Owner Name (first, middle, last, suffix) | ☐ Additional owners (attach another application) |
|---|---|---|
| | | |
| Date of Birth | MVD Tax Account Number (if applicable) | Legal Status* (if "Or", sign here) ▶ ☐ Or ☐ And ☐ And/Or |

| Street Address | City | State | Zip | County |
|---|---|---|---|---|
| | | | | |
| Mailing Address (if different from above) | City | State | Zip | County |
| | | | | |

| Vehicle/Mobile Home Location | City | State | Zip | County |
|---|---|---|---|---|
| | | | | |

| Service Options* | Date Vehicle Acquired 10/29/11 | ☐ I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners. |
|---|---|---|
| ☐ Vehicle will be rented without a driver (such as a rental car). | | |

I certify that the information above and any documentation which I submit in support of this application, is true and correct; that the vehicle is free from liens, except those indicated above and that I have read and understand the requirements of the legal status indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control Areas (including greater metro Phoenix and Tucson) may be subject to emission testing.

| All Owners Sign Here ▶ | BCHoH | Jeff |
|---|---|---|

| MVD Use | Cat | Canceled Plate Number/State/Agent ☐ 1 ☐ 2 Plates | | Current Title Number | State | Date Title Issued | * See Reverse |
|---|---|---|---|---|---|---|---|
| REG | EIF | TRN | AQF | PST | PEN | LOF | SNO | DOR | TTL |
| UTX | SPL | VLT | CRF | WGT | MCF | PRC | | Total Fees |

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

**TRANSFER OF OWNERSHIP**

*Buyer Name (print)* Billie Christine Braxton

*NONE*

**LUXOR AUTO GROUP**   DLR 090074...

☐ Mileage is in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

**DEALER REASSIGNMENT**

☐ Mileage is in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

**DEALER REASSIGNMENT**

☐ Mileage is in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

**DEALER REASSIGNMENT**

☐ Mileage is in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444.

## Motor Vehicle Division

ADOT | 96-0165 R05/05 | www.azdot.gov

# SECURE ODOMETER DISCLOSURE

## Void If Altered Or Erased

| Vehicle Identification Number | | Year | Make | | Body Style |
|---|---|---|---|---|---|
| SALSF25436A936172 | | 2006 | LAND ROVER | | |

| Buyer Name | | | Sale Date | Title Number |
|---|---|---|---|---|
| BILLIE CHRISTINE HOLT AND JEFFRY GRANT WHITEHEAD | | | 10/29/11 | |

**Odometer Reading (no tenths)**
61037     ☑ Miles   ☐ kilometers

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller/Dealership Name (printed) | | | | Dealer Number |
|---|---|---|---|---|
| LUXOR AUTO GROUP | | | | L000007518 |

| Street Address | | City | State | Zip |
|---|---|---|---|---|
| 3220 N. SCOTTSDALE RD. | | SCOTTSDALE | AZ | 85251 |

| Agent Name | Seller/Agent Signature |
|---|---|
| |  |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| BILLIE CHRISTINE HOLT AND JEFFRY GRANT WHITEHEAD | |

WITH TITLE

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

```
                              MVR.TXT
          ARIZONA MOTOR VEHICLE RECORD AS OF 04/09/2012              CEN0915
AVD8860 -001   TAB AVD8860 CAT A VIN SALSF25436A936172
LNDR  2006 4DSW VMO SPH   FLP 056085 GVW 000000 MFR NOV 2006 FUEL G OD 0071300
OWNER   JOEL,DAVID,DENCH                                          ACTUAL MILEAGE

M/ADR  10002 N 7TH ST APT 2047
       PHOENIX                                              PRD
S/ADR                           AZ 850201758    CO 07       FNED
                                                            V/COLOR1   WHI
COMMENTS                                        00          V/COLOR2

TITLE NO 00G3012097003 ST AZ DATE 04062012  FILM M09700G301
LIEN1 NONE                                      DT          L/S
   ADR
LIEN2 NONE                                      DT          L/S
   ADR
LIEN3 NONE                                      DT          L/S
   ADR
SC:
 25-TTL&REG OWN,VEH RECORD
```



MOTOR VEHICLE DIVISION
Scottsdale
Date:
Amt Pd:
Initials:

STATE OF ARIZONA
MOTOR VEHICLE DIVISION

**Motor Vehicle Division**
ADOT
48-0509T R08/09  www.azdot.gov

MVD _____
Title _____ 11/23/11
Fee _____ 414.45
_____ RG

# TITLE AND REGISTRATION APPLICATION

When you sell your vehicle or otherwise transfer ownership, or end your lease, complete a Sold Notice at www.servicearizona.com.

| | | | |
|---|---|---|---|
| Plate Number **ATL5053** | Tab Number **ATL5053** | Unit Number | Arizona Brand |

Vehicle Identification Number **SALSF25436A936172**

| Make **LNDR** | Body Style **4DSW** | Year **2006** | Arizona Brand |
|---|---|---|---|

Previous Brand/State

Previous Brand/State

Previous Brand/State

Other States With Brands

| First Registered **NOV2006** | Model **SPH** | List Price **056085** | GVW **000000** | Fuel **G** | Odometer Reading (no tenths) **0061037** | [X] Actual [ ] B [ ] C | Mobile Home W/L |
|---|---|---|---|---|---|---|---|

BILLIE CHRISTINE HOLT

JEFFRY GRANT WHITEHEAD

7640 E ALBANY ST

MESA                        AZ 85207-7502

Legal Status
OR

Driver License or EIN
**B14423542**

**D07080744**

◄ Owner Names
Mailing Address

Registration
Expiration Date
**10/31/2012**

Residence Address of Owner or Lessee (if different from Mailing Address)

Name:
Driver License or EIN:
Mailing Address:          Legal Status:          Date:
Name:
Driver License or EIN:
Mailing Address:          Legal Status:          Date:
Mobile Home Manufacturer

Vehicle/Mobile Home Location

[ ] Vehicle is specially constructed or reconstructed.
[ ] Vehicle will be rented without a driver (such as a rental car).
[ ] I certify that this vehicle, commonly referred to as a station wagon or referred to by the manufacturer's rating as a 3/4 ton or less pickup truck or 3/4 ton or less van, is not maintained and operated more than 1,000 hours in a vehicle registration year for the transportation of passengers or property in the furtherance of a commercial enterprise.
[ ] I certify that this trailer or semitrailer with a declared gross weight of 10,000 lbs or less is not maintained and operated in the furtherance of a commercial enterprise.
[ ] I consent to the release of personal information contained in my driver license and vehicle record. I understand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all individuals or organizations for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

| Service Options | Date Vehicle Acquired |
|---|---|
| | |

I certify that the information above and any documentation that I submit in support of this application, is true and correct, and that the vehicle is free from liens, except those indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control areas (including greater metro Phoenix or Tucson) may be subject to emissions testing.

**All Owners Sign Here**

_See Supplement_

I do hereby state that we hold this property as joint tenants and furthermore empower and authorize each other as attorney in fact to assign the certificate of title by his or her signature alone and hereby transfer, sell, mortgage or otherwise encumber the vehicle, or transfer license plates and/or fees in the same manner as though all joint owners had acted and signed.

**Owners With "OR" Legal Status Also Sign Here**

| Fees | |
|---|---|
| VLT | 400.70 |
| REG | 8.25 |
| AQF | 1.50 |
| TTL | 4.00 |

Batch/Date/Office Number
**00H3 11232011 6042**

New Title Number
**00H3011327124**

Prior Title Number
**0S02011315002**

| Cat **A** | Canceled Plate Number/State/Agent |
|---|---|
| | [ ] 1 [ ] 2 Plates |

New Film Reference Number
**L32700H342**          Type

State **AZ**

Prior Film Reference Number
**L3150S0202**

TOTAL

414.45

0922091235

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

**Odometer Reading Codes**

**A**  The mileage stated reflects the actual mileage.

**B**  The mileage stated is in excess of the odometer's mechanical limits.

**C**  The odometer reading is not the actual mileage. WARNING – ODOMETER DISCREPANCY

**Legal Status**

When ownership of the vehicle is in more than one name, the Legal Status box determines which signatures will be required to transfer ownership of the vehicle, license plates and/or fees, to apply for a refund, or to record loan information.

**OR**  Ownership is joint tenancy, with an expressed intent that either of the owners has full authority to transfer ownership, license plates and/or fees, or to record loan information. Names will appear on the title as in this example: JOHN DOE **OR** JOE ROSS Signature of **either party** will be accepted. Both signatures are not required. All owners involved must sign in the Legal Status box.

**AND**  Ownership is tenancy in common. Names will appear on the title as in this example: JOHN DOE **AND** JOE ROSS Signatures of **both parties** will be required. In the event of the death of either party, the interest of the deceased party must be handled by probate action, or by completing a Non-Probate Affidavit.

**AND/OR**  Ownership is joint tenancy with right of survivorship. Names will be on the title as in this example: JOHN DOE **AND/OR** JOE ROSS Signatures of **both parties** will be required, **if both are living**. Upon proof of death, the survivor may sign alone.

**Driver License Number or EIN**

You are required to provide your driver license number or MVD assigned Customer Number. If in the name of a company, provide your Federal Employer Identification Number (EIN) assigned by the Internal Revenue Service, or MVD assigned Customer Number.

**Service Options**

In the Service Options box, **enter the number** for each item that applies to you. Additional documentation may be required.

1    **Alternative Fuel** – Vehicle is powered by liquefied petroleum gas (LPG, propane), natural gas (CNG/LNG), a blend of 70% alternative fuel and 30% petroleum-based fuel, hydrogen, solar or electric (excluding golf carts).

2.   **Tribal** – You are an enrolled member of a tribe and live on a reservation.

3.   **VA Grant** – You received financial aid from the U.S. Department of Veterans Affairs to purchase your vehicle.

4.   **VA Disability** – You are certified by the U.S. Department of Veterans Affairs to be 100% disabled and drawing compensation on that basis. The exemption also applies to the surviving spouse, until remarriage.

5.   **Widow** – You receive a widow, widower or totally disabled person, property tax exemption from your county assessor.

6.   **Military** – You are a nonresident military person.

7.   **Non-Government Emergency Services** – You are a private provider of ambulance, fire fighter or rescue services, and your vehicle is used solely for emergency services.

8.   **Nonprofit** – You receive a non-profit, property tax exemption from your county assessor.

9.   **School or Church** – You receive a non-profit school or church property tax exemption from your county assessor.

10.  **SSI** – You receive Supplemental Security Income disability payments from the federal government. This is not regular Social Security disability benefits.

11   **Leased School Bus** – Vehicle is a bus leased by a school district.

12.  **Health Officer** – You are a public health commissioned officer assigned to a government clinic or medical center.

13.  **Noncommercial** – Vehicle will be registered in a company name, but will not be maintained and operated in the furtherance of a commercial enterprise (excluding any vehicle over 3/4 ton).

— Commercial Use / Motor Carrier Options —

14.  **One-Way Hauling** – At least 45% of the vehicle mileage during the registration year is traveled without a load.

15.  **Route Truck** – Vehicle weighs more than 26,000 lbs and begins and ends a trip at the same point without adding to the load. At the midway point, the load must be less than 45% of the full load capacity of the vehicle.

16.  **Agricultural Products** – Vehicle is used only for transporting agricultural products, such as crops, machinery, supplies or livestock used or produced in farming operations. The products, crops or livestock must be unmanufactured or unprocessed.

17.  **For Hire** – Vehicle is 12,000 lbs or less and you receive compensation for transporting people or property.

18.  **Farm Vehicle** – Vehicle is used in commercial farming or stock raising by the farmer, family member or an employee.

19.  **Motion Picture Production** – Vehicle is used in the production of motion pictures, commercials or films.

20.  **Limited Mileage I** – Vehicle weighs more than 26,000 lbs and is driven less than 2,000 miles each year.

21.  **Limited Mileage II** – Vehicle weighs more than 26,000 lbs and is driven 2,000 or more miles, but less than 4,000 miles each year.

**Vehicle License Tax Distribution**

Revenues from the Vehicle License Tax are distributed as follows:   State Highways 22.72%, County Roads 14.38%, City Roads 13.72%, County General Fund 24.59% and City/Town General Fund 24.59%.

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444



# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT R1008 www.azdot.gov

Inventory Control
19164572

Vehicle Identification Number
SALSF25436A936172

Year 2006   Make LND   Model SPH   Body Style 4DSW

First Registered 00/0000   List Price 056085

Mobile Home   Unit Number

LUXOR AUTO GROUP
909 W MAIN ST
MESA AZ 85201-7107

Title Number 0S02011315002   Issue Date 11112011   15050202   Odometer Miles (no tenths) 0061004 A

Previous Title Number CA94739808   State CA   Issue Date 04152006   Previous File Number ORIGINAL

NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Previous Brand   State Previous Brand   State Previous Brand   State Other States With Brands

Owner/Lessee
LUXOR AUTO GROUP

Lienholders

## LIEN RELEASE
| Lienholder Name | | | Notary Public Signature | | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lienholder Signature | | Date | County | State | Commission Expires |

## VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444

```
      ARIZONA MOTOR VEHICLE RECORD AS OF 11/23/2011 SEQ 10767808
         -000                  CAT   VIN SALSF25436A936172
   LNDR   4DSW   2006    MO/YFR     0000     EFFDT      0000    EXP      00 0000
   VMO   SPH    FLP 056085  GVW 000000 F G  ODMR 0061004  CODE A     CREDIT N
   SC  27 81                             AV 000000 INS BY
   TC 66 50          PRD               FNED         RACF A7863      A7863
   B/D  11112011  BCH 0S02 OF 6029  DCR 11112011 01 DPR 00000000 00
   E00411960  O B LUXOR AUTO GROUP

     909 W MAIN ST                              OEN
     MESA                    AZ 852017107 REG CNTY 07
     COMMENTS                                                       G&F
CL1
CL2                                          TRP IN PROG
                                             AXLES 00  UNLADEN 00000
                                             SARWGTDTE
   TTL NO 0S02011315002 ST  AZ PDT 11112011 FILM L3150S0202 OTC    IDT 11112011
   PR TTL CA94739808     ST  CA PDT 04152006 FILM ORIGINAL

LIEN CUST NBR          AMT            DT        L/S

EMSTYP O   ITDT 11082011 FLAG   PDT 11082011 RSLT P  AREA A EMSEXP 12132013
PRI
TRAN       TEXT T 0S02011315002
```

This document is a certified duplicate of the information contained in the computer storage devices of the Department of Transportation, Motor Vehicle Division, in accordance with Arizona Revised Statutes section 28-444