JOHN S. LEONARDO
United States Attorney
District of Arizona

REID C. PIXLER
Assistant U.S. Attorney
Arizona State Bar No. 012850
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7662
E-mail: Reid.Pixler@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Consortium Distribution LLC, et al.,<br><br>　　　　　Defendants *In Rem*. | **CV-12-02616-PHX-SLG**<br><br>**NOTICE OF SERVICE** |

IN COMPLIANCE with the Order of this Court entered on January 22, 2013, (Doc.21), and pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, Notice of this Forfeiture Action and a copy of the Government's Redacted First Amended Verified Complaint for Forfeiture In Rem, was served upon the following potential claimants via U.S. Mail on March 12, 2013.

| Potential Claimant | Counsel |
|---|---|
| Jeffrey Grant Whitehead, individually and dba as Revolution Distribution, LLC | Thomas M. Connelly |
| Juan Mark Sayegh, individually and dba Greenlight Distribution, LLC | Cameron Morgan |
| Michael Lane, individually and dba Dynamic Distribution LLC | Bruce Feder |
| Steven Wayne Latta, individually and dba Revolution Distribution, LLC | Lance A. Maningo, and Michael D. Kimerer |
| Andrew Scott Freeman, individually and dba Befree Briards LLC | Marc G. Kurzman |
| Billie Christine Holt | Pro Se |
| Ross Ellis | Pro Se |
| Robert Towery individually and dba ERT Marketing, LLC dba TCSS, LLC | Pro Se |

Respectfully submitted this 12th day of March, 2013.

                        JOHN S. LEONARDO
                        United States Attorney
                        District of Arizona

                        *S/Reid C. Pixler*
                        _____
                        REID C. PIXLER
                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I further certify that on March 12, 2013, I served the attached document by U.S. Mail on the following:

Michael V. Black
3219 E. Camelback Rd. #446
Phoenix, AZ 85018-0001

Lance A. Maningo
Bellon & Maningo, Ltd.
732 South Sixth Street, Suite 102
Las Vegas, Nevada 89101

Thomas M. Connelly
Law Office of Thomas M. Connelly
2425 East Camelback, Suite 880
Phoenix, Arizona 85016

Bruce Feder
Feder Law Office, P.A.
2930 East Camelback Road
Biltmore Lakes, Suite 205
Phoenix, Arizona 85064-4560

Marc G. Kurzman
St. Anthony Main
219 S.E. Main Street, Suite 403
Minneapolis, MN 55414

Billie Christine Holt
2560 North Lindsay Road, #12
Mesa, Arizona 85213

Ross Ellis
837 East Alice Avenue, Unit A
Phoenix, Arizona 85020

Robert Towery
8778 E Appaloosa Trail
Scottsdale, AZ  85258


By: *S/Victoria Tiffany*
U.S. Attorney's Office